**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY | No. 250 MAL 2022 |
| v. | Petition for Allowance of Appeal from the Order of the Superior Court |
| CHARLES DAVIS AND KEYSTONE AUTOMOTIVE OPERATIONS, INC. | |
| v. | |
| HARTFORD FIRE INSURANCE COMPANY, INDIVIDUALLY AND D/B/A THE HARTFORD INSURANCE GROUP AND THE HARTFORD INSURANCE GROUP, INDIVIDUALLY AND D/B/A THE HARTFORD AND THE HARTFORD, | |
| Additional Defendants | |
| PETITION OF: HARTFORD FIRE INSURANCE COMPANY | |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of November, 2022, the Petition for Allowance of Appeal is **DENIED**. Further, the Application for Leave to File *Amicus* Brief and the Application for Leave to file Post-Submission Communication are **DENIED** as moot.